
RECEIVED
AUG 27 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
BY_____ SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: )  5:14-mc-0028
GLAY H. COLLIER, II )
    ATTORNEY )

## COMPLAINT OF ATTORNEY MISCONDUCT
## AND UNSWORN DECLARATION UNDER PENALTY OF PERJURY

This complaint of John S. Hodge, with respect, represents:

1. Pursuant to the provisions of Local Rule 83.2.10.A.2., a complaint of attorney misconduct must be filed under oath with the clerk of court.

2. John S. Hodge hereby submits this complaint of misconduct against **GLAY H. COLLIER, II,** and hereby declares under penalty of perjury that the information provided herein is true and correct:

    a. I am an attorney admitted to practice law in the State of Louisiana and before all federal courts within the State of Louisiana.

    b. I serve on the panel of chapter 7 bankruptcy trustees appointed by the United States Trustee, a component of the United States Justice Department.

    c. On August 25, 2014, in my capacity as a bankruptcy trustee, I filed a complaint styled "*John S. Hodge, Trustee vs. Glay H. Collier, II, Glay H. Collier, II, LLC and McBride & Collier, LLC*" in the United States Bankruptcy Court for the Western District of Louisiana, Case No. 14AP-01009. The evidence attached to the complaint clearly suggests that Glay H. Collier, II, a mass filer of consumer bankruptcy petitions, perpetrated a fraud on the bankruptcy court and his own clients by seeking and collecting: (a) undisclosed compensation; (b) undisclosed costs;

and (c) fees or expenses in excess of those permitted to be charged under the bankruptcy court's standing order governing "no look" fees in chapter 13 cases. A copy of the complaint is attached to this declaration.

    d.    The conduct described in the attached complaint constitutes attorney misconduct.

    e.    I hereby declare under penalty of perjury that: (i) the foregoing is true and correct; and (ii) the allegations contained in the attached complaint are true and correct.

    f.    This unsworn declaration under penalty of perjury is intended to comply with the requirements of 28 U.S.C. § 1746 which permits a party to provide an unsworn declaration under penalty perjury whenever a law or rule requires the submission of a statement under oath.

This declaration has been executed in Shreveport, Louisiana, on August 27, 2014.

_____
John S. Hodge

Respectfully submitted,

**JOHN S. HODGE**
P.O. Box 21990
Shreveport, Louisiana 71120-1990
Telephone:   (318) 226-9100
Telecopier:   (318) 424-5128

By: _____
John S. Hodge, Bar No. 18951

**WIENER, WEISS & MADISON**
A Professional Corporation

ATTORNEYS AT LAW
333 TEXAS STREET, SUITE 2350
SHREVEPORT, LOUISIANA 71101

U.S. Mail Address:
P. O. BOX 21990
SHREVEPORT, LOUISIANA 71120-1990



JOHN S. HODGE
jhodge@wwmlaw.com
Direct Dial No.(318) 213-9246
www.wwmlaw.com

Telephone (318) 226-9100 Ext.246
Telecopier (318) 424-5128

August 27, 2014

**VIA HAND DELIVERY**

Clerk, United States District Court
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101

    Re:    Complaint of attorney misconduct against **Glay H. Collier, II**.

Dear Sir or Madam:

Pursuant to the provisions of Local Rule 83.2.10.A.2, enclosed is a complaint of attorney misconduct against Glay H. Collier, II.

Should you have any questions, please contact me.

Very truly yours,

John S. Hodge

cc:    Charles B. Plattsmier
        Chief Disciplinary Counsel
        Louisiana Attorney Disciplinary Board
        4000 S. Sherwood Forest Blvd., Suite 607
        Baton Rouge, LA 70816